IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | Civil Action No. 07cv3954 PJS/RLE |
| Plaintiff, ) ) | |
| v. ) ) | |
| INDEPENDENT SCHOOL DISTRICT NO. 834 OF STILLWATER, MN, ) ) ) | **COMPLAINT** |
| Defendant. ) ) | Jury Trial Demanded |

## NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act ("ADEA") to correct unlawful employment practices on the basis of age and to provide appropriate relief to Sherman Danielson. The EEOC alleges that, in June 2005, Independent School District No. 834 of Stillwater, MN, (hereinafter, "the Employer" or "ISD No. 834") failed and refused to hire Mr. Danielson for a position of Junior High Athletic Coordinator/High School Intramural Director, because of his age, 56. ISD No. 834 violated the ADEA by discriminating against Mr. Danielson based upon his age.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Section 16(c) and Section 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

1

SCANNED
SEP 12 2007
U.S. DISTRICT COURT MPLS

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Minnesota.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, Defendant ISD No. 834 has continuously been an employer within the meaning of Section 11(b) of the ADEA, 29 U.S.C. § 630(b).

## CONCILIATION

5. Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

6. On or about June 2005, Defendant ISD No. 834 engaged in unlawful employment practices in Stillwater, MN, in violation of 623(a)(1) of the ADEA, 29 U.S.C. § 623(a)(1). ISD No. 834 refused, in or about June 2005, to hire Sherman Danielson, born in 1948, as its Junior High Athletic Coordinator/High School Intramural Director. ISD No. 834 refused to hire Mr. Danielson because of his age. Instead, it hired a younger, less qualified applicant for the position.

7.     The effect of the practices complained of above has been to deprive Sherman Danielson of equal employment opportunities and otherwise adversely affect his status as an applicant for employment because of his age.

8.     The unlawful employment practices complained of in paragraphs above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.     Grant a permanent injunction enjoining Defendant ISD No. 834, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in hiring discrimination and any other employment practice which discriminates on the basis of age against individuals 40 years of age and older.

B.     Order Defendant ISD No. 834 to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

C.     Grant a judgment requiring Defendant ISD No. 834 to pay appropriate back wages in an amount to be determined at trial, an equal sum as liquidated damages, and prejudgment interest to individuals whose wages are being unlawfully withheld as a result of the acts complained of above, including but not limited to Sherman Danielson.

D.     Order Defendant ISD No. 834 to make whole all individuals adversely affected by the unlawful practices described above, by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to rightful place hiring of Sherman Danielson.

E.  Grant such further relief as the Court deems necessary and proper in the public interest.

F.  Award the Commission its costs of this action.

### JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

RONALD S. COOPER
General Counsel

JAMES LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

1801 L Street, N.W.
Washington, D.C. 20507

Dated: 9/10/2007

JOHN C. HENDRICKSON
Regional Attorney

Dated: 9-10-07

JEAN P. KAMP
Associate Regional Attorney

Chicago District Office
500 West Madison Street, Suite 2800
Chicago, IL 60661
(312) 353-8550

4

Dated: _____9/12/07_____      _____
                              LAURIE A. VASICHEK (#0171438)
                              Senior Trial Attorney

Minneapolis Area Office
330 Second Avenue South, Suite 430
Minneapolis, MN 55401
(612) 335-4061